UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM VAN BATENBURG,

    Plaintiff,

    v.

DANIEL PARAMO, et al.,

    Defendants.

Case No. 16-cv-06810-WHO (PR)

**ORDER OF DISMISSAL**

Plaintiff William Van Batenburg failed to comply with the Court's order to (1) file a complete application to proceed *in forma pauperis* ("IFP"), or (2) pay the filing fee of $400.00. Accordingly, this federal civil rights action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, Van Batenburg may move to reopen the action. Any such motion **must** contain a complete IFP application, **or** full payment for the $400.00 filing fee.

The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** January 6, 2017



WILLIAM H. ORRICK
United States District Judge